U.S.

v.

Ryan A. HARDY

No. 17-0553/AF

U.S. Court of Appeals for
the Armed Forces.

August 22, 2017

CCA 38937

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 7, 2017.

U.S.

v.

Joseph R. ARMSTRONG

No. 17-0556/AR

U.S. Court of Appeals for
the Armed Forces.

August 22, 2017

CCA 20150424

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 5, 2017.

U.S.

v.

Brandon G. DARNALL

No. 16-0729/NA

U.S. Court of Appeals for
the Armed Forces.

August 22, 2017

CCA 201500010

DAILY JOURNAL

Mandates Issued

U.S.

v.

Eric F. KELLY

No. 17-0559/AR

U.S. Court of Appeals for
the Armed Forces.

August 23, 2017

CCA 20150725

DAILY JOURNAL

Petitions for Grant of Review Filed

